

Thursday, July 24, 2014

No. 14–0626/AR.  U.S. v. Stephen T. Collier.  CCA 20120554.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that the petition for grant of review is hereby granted and that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 14–0626/AR.  U.S. v. Stephen T. Collier.  CCA 20120554.  [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]

---

\* It is directed that the promulgating order be corrected to reflect that the plea to Additional Charge I, Specification 3 was not guilty and the finding was guilty.